UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCUS CARTER,<br><br>                Plaintiff,<br><br>                -v.-<br><br>CITY OF NEW YORK and JOHN/JANE DOES NOS. 1-10,<br><br>                Defendants. | 23 Civ. 9004 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    As follow-up to the settlement conference held on October 8, 2024, and in light of the Court's correspondence with the parties, the parties are hereby ORDERED to appear for a telephonic conference on **October 18, 2024**, at **11:00 a.m.**  The dial-in information is as follows:  At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533.

    SO ORDERED.

Dated:  October 17, 2024
           New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge